Dennis N. Balske
621 SW Morrison, Suite 1025
Portland, Oregon 97205
Telephone: (503) 222-9830
Facsimile: (503) 274-8575
Email: Balske@Earthlink.net
OSB No. 93130

Attorney for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JUAN MANUEL REYES, JR., ) | Case Nos. 05-149-TC |
| ) | |
| Petitioner, ) | |
| ) | **ORDER DISMISSING** |
| v. ) | **HABEAS** |
| ) | **CORPUS ACTION** |
| SHARON BLACKETER, ) | **WITHOUT PREJUDICE** |
| ) | |
| Respondent. ) | |

This matter came before the Court pursuant to Petitioner's Motion to Voluntarily Dismiss Habeas Corpus Actions Without Prejudice. For good cause shown, the motion is granted. It is hereby ORDERED that this habeas corpus action is dismissed without prejudice.

_____
Thomas Coffin
United States District Court Magistrate Judge

Prepared by:

_____
Dennis N. Balske  #93130